Lisa L. Rimbey
c/o 6943 West Planada Lane
Glendale, Arizona
[Zone Improvement Program 85310]
lrimbey19@gmail.com
In Pro Se

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 27 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ B  DEPUTY

**FILE ON DEMAND
FOR THE RECORD**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Lisa L. Rimbey**, individual, | Case No. _____ |
| **Plaintiff,** | **CV-14-01464-PHX-BSB** |
| **vs.** | **VERIFIED COMPLAINT FOR RELIEF** |
| **Dynamic Recovery Solutions, LLC,** a corporation, | |
| **Defendant(s).** | |

## VERIFIED COMPLAINT for RELIEF

Plaintiff, Lisa L. Rimbey, sues Defendant(s), Dynamic Recovery Solutions, LLC, and for her complaint alleges:

### Nature of the Action

1.    This is a complaint for money damages.

Page 1 of 9

2.     Defendant has willfully and knowingly violated the Telephone Consumer Protection Act (hereinafter "TCPA") at 47 USC § 227 (b)(1)(A)(iii), 47 USC § 227 (a)(1), 47 USC § 227 (a)(2) and 47 USC § 227 (c)(5).  Plaintiff contends that the Defendant has violated such laws by repeatedly contacting Plaintiff in an attempt to collect an alleged debt via telephone.  Plaintiff also alleges Defendant violated the Fair Debt Collection Practices Act (hereinafter "FDCPA") at 15 USC § 1692 b(1), 15 USC § 1692 b(3),  15 USC § 1692 d, and 15 USC § 1692 g.

**Parties**

3.     Plaintiff, Lisa L. Rimbey (hereinafter "Plaintiff"), is a consumer and a citizen of Maricopa County, Arizona.

4.     Defendant Dynamic Recovery Solutions, LLC, aka Dynamic Recovery Solutions, (hereinafter "Defendant"), a debt collector, is a corporation registered in South Carolina and doing business in Arizona.

**Jurisdiction and Venue**

5.     Jurisdiction of this Court arises under 47 U.S.C. § 227 (b)(3), 47 U.S.C. § 227 (c)(5) and 15 USC § 1692 k(d)

6.     Venue is proper pursuant to 28 U.S.C. §1391 (b). Venue in this District is proper in that Plaintiff resides here, Defendant engages in and transacts business here, and all of the conduct and events complained of occurred here.

7.     Defendant has violated the TCPA and the FDCPA.  Defendant has violated the acts by calling Plaintiff's cell phone (Exhibit "A") and attempting to collect an alleged debt.

**Background**

8.     On or about 13-April-2013, Plaintiff registered Plaintiff's phone number on the National Do Not Call Registry. (Exhibit "B")

PLAINTIFF'S VERIFIED COMPLAINT FOR RELIEF
Rimbey v. Dynamic Recovery Solutions, et al

9.     On or about 14-November-2013 at about noon (MST), through 13-January-2014,

Defendant called the Plaintiff's cellular phone on a minimum of 5 occasions without Plaintiff's

prior express permission or for emergency purposes. (47 USC § 227 (b)(1)(A)(iii), (Exhibit "C"

and [audio compact disc] Exhibit "D")).

10.   The communications in question here are all related to telephone solicitations and

attempted debt collection of an alleged debt.

11.  The acts alleged herein all took place in Maricopa County, Arizona, in that the offending

calls were received there.

12.  Plaintiff did not and does not have an established business relationship with Defendant (47

USC § 227 (a)(2)).

13.  Plaintiff has never given Defendant express consent or permission to call Plaintiff's

cellular phone (47 USC § 227 (b)(1)(A)).

### COUNT I
### DEFENDANT'S WILLFUL VIOLATIONS OF THE TELEPHONE
### CONSUMER PROTECTION ACT 47 U.S.C. § 227 (b)(1)

14.  Plaintiff alleges and incorporates the information in paragraphs 1 through 13.

15.  Defendant has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)

by using an automatic telephone dialing system that has the capacity to store or produce

telephone numbers as described at 47 USC § 227(a)(1)to call the Plaintiff's cellular phone.

16.  Defendant has demonstrated willful or knowing non-compliance with 47 U.S.C. § 227

(b)(1)(A)(iii) by calling the Plaintiff's phone number, which is assigned to a cellular telephone

service contrary to 47 U.S.C. § 227 (b)(1)(A)(iii) which states in part;

PLAINTIFF'S VERIFIED COMPLAINT FOR RELIEF
Rimbey v. Dynamic Recovery Solutions, et al

(1) PROHIBITIONS.—it shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—
    (A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—
        (iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call;

## COUNT II
## DEFENDANT'S WILLFUL VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT 47 U.S.C. § 227 (c)(5)

17.    Plaintiff alleges and incorporates the information in paragraphs 1 through 16.

18.    Plaintiff's phone number has been registered on the National Do Not Call Registry since 13-April-2013, more than 90 days prior to Defendant's first violation.

19.    Defendant willingly and knowingly disregarded and/or neglected basic care and due diligence in discovering public information provided to telephone solicitors and debt collectors on the National Do Not Call Registry as Plaintiff's telephone number is on the National Do Not Call Registry, therefore Defendant at all times willfully or knowingly violated the TCPA.

20.    Defendant called the Plaintiff's cellular phone on a minimum of five (5) occasions, contrary to 47 U.S.C. § 227 (c)(5).

21.    Defendant repeatedly demonstrated willful or knowing non-compliance with 47 U.S.C. § 227 (c)(5) by calling the Plaintiff's phone number, more than once during a 12 month period, which states in part:

**(5) Private right of action**

A person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this

Page 4 of 9

PLAINTIFF'S VERIFIED COMPLAINT FOR RELIEF
Rimbey v. Dynamic Recovery Solutions, et al

subsection may, if otherwise permitted by the laws or rules of court of a State bring in

an appropriate court of that State—

> **(A)** an action based on a violation of the regulations prescribed under this subsection to enjoin such violation,
> **(B)** an action to recover for actual monetary loss from such a violation, or to receive up to $500 in damages for each such violation, whichever is greater, or
> **(C)** both such actions.

## JUDICIAL NOTICE OF DEFENDANT KNOWINGLY OR WILLFULLY VIOLATING THE TELEPHONE CONSUMER PROTECTION ACT (47 U.S.C. § 227)

22.   Plaintiff hereby notices this court that pursuant to 47 USC § 227 (b)(3) and 47 USC § 227 (c)(5), if this court finds that the Defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award for an amount equal to not more than 3 times the amount available under subparagraph (B) of referenced paragraph(s).  Plaintiff respectfully demands this court consider the widest latitude of margins regarding the definition of willingly or knowingly when considering the nature of the Defendant's business and expected business conduct of a debt collector regarding outgoing telephone calls to consumers.  Defendant regularly engages in communicating with consumers, therefore Defendant's disregard for adhering to the policy, procedure and requirement set forth by the Federal Trade Commission regarding the National Do Not Call Registry are clearly outside reasonable responsibilities Defendant is obligated to follow when attempting to contact Plaintiff, or any consumer for that matter.

## COUNT III
## DEFENDANT'S VIOLATIONS OF THE FAIR
## DEBT COLLECTION PRACTICES ACT (15 U.S.C. § 1692 b(1))

23.   Plaintiff alleges and incorporates the information in paragraphs 1 through 22.

Page 5 of 9

PLAINTIFF'S VERIFIED COMPLAINT FOR RELIEF
Rimbey v. Dynamic Recovery Solutions, et al

24.  During communication, Defendant failed to identify themselves or state the he or she is confirming or correcting location information concerning the consumer, contrary to 15 U.S.C. § 1692 b(1) which states in part,

> § 804. Acquisition of location information
>     Any debt collector communicating with any person other than the consumer for the purpose of acquiring location information about the consumer shall –
>         (1) Identify himself, state that he is confirming or correcting location information concerning the consumer, and, only if expressly requested, identify his employer;

## COUNT IV
## DEFENDANT'S VIOLATIONS OF THE FAIR
## DEBT COLLECTION PRACTICES ACT 15 U.S.C. §1692 b(3)

25.  Plaintiff alleges and incorporates the information in paragraphs 1 through 24.

26.  Defendant clearly contacted Plaintiff more than once in violation and contrary to 15 USC 1692 b(3) which states in part,

> (3) Not communicate with any such person more than once unless requested to do so by such person or unless the debt collector reasonably believes that the earlier response of such person is erroneous or incomplete and that such person now has correct or complete location information;

## COUNT V
## DEFENDANT'S VIOLATIONS OF THE FAIR
## DEBT COLLECTION PRACTICES ACT 15 U.S.C. §1692 d

27.  Plaintiff alleges and incorporates the information in paragraphs 1 through 26.

28.  Defendant's communications as a debt collector regarding an alleged debt that was never validated was annoying and abusive towards the Plaintiff.  Defendant engaged in conduct of

Page 6 of 9

which the natural consequence resulted in harassment, oppression and abuse by repeatedly

contacting Plaintiff in violation and contrary to 15 USC 1692d which states in part,

806.  Harassment or abuse
      A debt collector may not engage in any conduct the natural consequence of
which is to harass, oppress, or abuse any person in connection with the collection of
a debt.  Without limiting the general application of the foregoing, the following
conduct is a violation of this section:

(5) Causing a telephone to ring or engaging any person in telephone
    conversation repeatedly or continuously with intent to annoy, abuse or
    harass any person at the called number.

## COUNT VI
## DEFENDANT'S VIOLATIONS OF THE FAIR
## DEBT COLLECTION PRACTICES ACT 15 U.S.C. §1692 g

29.  Plaintiff alleges and incorporates the information in paragraphs 1 through 28.

30.  Defendant contacted Plaintiff apparently attempting to collect a debt without clearly

identifying whether or not Plaintiff was the intended party Defendant was attempting to

contact, therefore, Plaintiff believes Defendant violated 15 USC 1692 g which states in part,

809. Validation of debts; contents
(a) Notice of debt; contents
      Within 5 days after the initial communication with a consumer
in connection with the collection of any debt, a debt collector shall,
unless the following information is contained in the initial
communication or the consumer has paid the debt, send the consumer
a written notice containing –

(1) The amount of the debt;
(2) The name of the creditor to whom the debt is owed;
(3) A statement that unless the consumer , within thirty days after recept of the
    noptice, disputes the validity of the debt, or any portion thereof, the debt will
    be assumed to be valid by the debt collector;
(4) A statement that if the consumer notifies the debt collector in writing within
    the thirty-day period that the debt, or any portion thereof, is disputed, the
    debt collector will obtain verification of the debt or a copy of a judgment

Page 7 of 9

PLAINTIFF'S VERIFIED COMPLAINT FOR RELIEF
Rimbey v. Dynamic Recovery Solutions, et al

against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and

(5) A statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. repeatedly thereby harassing, oppressing and abusing Plaintiff contrary to 15 USC 1692'd which states in part,

### Reservation of Rights

31.   Plaintiff alleges and incorporates the information in paragraphs 1 through 30.

32.   Plaintiff reserves all rights for actual damages that have occurred or that discovery may bear as witness, including but not limited to, Defendant's telephone system records which may reveal additional unauthorized calls and repeat violations made by Defendant to Plaintiff's phone.

**WHEREFORE**, based on facts set forth in the above counts, Plaintiff demands

(a) minimum statutory damages of $5,500.00 payable by Defendant, up to the maximum statutory treble damages for willful or knowingly violating the TCPA, $14,500.00

(b) court filing fees and reasonable attorney fees,

(c)   such other relief as may be just.

Respectfully Submitted,

Lisa L. Rimbey, Plaintiff
In Pro Se

PLAINTIFF'S VERIFIED COMPLAINT FOR RELIEF
Rimbey v. Dynamic Recovery Solutions, et al

## VERIFICATION

I, the undersigned, hereby Attest and Declare:

I am the Plaintiff in the foregoing document entitled, VERIFIED COMPLAINT FOR RELIEF.

I have read and know the contents thereof and certify that the matters stated therein are facts of my own knowledge, except as to those matters, which are therein stated upon my information or belief, and as to those matters I believe them to be correct.

I declare under the penalty of perjury of the Laws of Arizona, that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this verification is executed in Glendale, Arizona and  is dated this twenty-seventh day of the sixth month, two thousand and fourteen, in the two hundred thirty-eighth year of the Independence of Republic for the united States of America.


Lisa L. Rimbey, Plaintiff


The above named Affiant appeared before me, a Notary, subscribed, sworn

under oath this ____27____ day of ___June___ , 2014.



Notary


OFFICIAL SEAL
E. PFEFFER
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Sept. 15, 2017

My commission expires: _Sept 15, 2017_                    seal


Page 9 of 9

.

# EXHIBIT "A"

**verizon**wireless

PO BOX 4005
ACWORTH, GA 30101–9006

| Manage Your Account & View Your Usage Details | Account Number | Date Due |
|---|---|---|
| My Verizon at www.verizonwireless.com | 3657      –00001 | |

Address Changed? – go to vzw.com/changeaddress

| Invoice Number | |
|---|---|

LISA RIMBEY
UNIT 6
6943 W PLANADA LN
GLENDALE, AZ 85310-5853

## Quick Bill Summary

Dec 24 – Jan 23

| | |
|---|---|
| Previous Balance *(see back for details)* | |
| Payment – Thank You | |
| **Balance Forward Due Immediately** | |
| Account Charges and Credits | |
|    Includes Late Fee of $5.00 | |
| Monthly Charges | |
| Verizon Wireless' Surcharges | |
|   and Other Charges & Credits | |
| Taxes, Governmental Surcharges & Fees | |
| **Total Current Charges Due by February 18, 2014** | |

**Total Amount Due**

**2014 Resolution -- Go Paperless**
Sign up for paperless billing and save
postage, reduce clutter and help the
environment. Visit go.vzw.com/gogreen
to learn more.

Our records indicate your account is past due. Please send payment now to avoid service disruption.

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Verizon at www.verizonwireless.com | 1.800.922.0204 or *611 from your wireless |

VW

**verizon**wireless

LISA RIMBEY
UNIT 6
6943 W PLANADA LN
GLENDALE, AZ 85310-5853

| Bill Date | January 23, 2014 |
|---|---|
| Account Number | 3657       –00001 |
| Invoice Number | 1260        8 |

## Total Amount Due

Make check payable to Verizon Wireless.
Please return this remit slip with payment.

$ ☐ ☐ ☐ . ☐ ☐

PO BOX 660108
DALLAS, TX 75266–0108

☐   Check here and fill out the back of this slip if your billing address
has changed or you are adding or changing your email address.



**verizon**wireless

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 1260████8 | 3657████-00001 | Past Due | 4 of 7 |

## Usage and Purchase Charges, continued

| Data | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| ████████ | *gigabytes* | ████ (shared) | ██ | -- | -- |
| Total Data | | | | | $.00 |
| **Total Usage and Purchase Charges** | | | | | **$.00** |

**Verizon Wireless' Surcharges +**
Fed Universal Service Charge
Regulatory Charge
Administrative Charge
AZ State 911 Fee
Glendale Tran Priv Sur on Tel
Maricopa Cnty Trn Priv Sur Tel
AZ Trans Priv Sur on Tele

**Total Current Charges for** ███████

+Percentage-based taxes, fees, and surcharges apply to charges for this line, including overage charges, plus this line's share of account charges.

## 602-565-1456

### Your Plan

████████████
(see pg 3)

> Have more questions about your charges? Get details for usage charges at www.verizonwireless.com. Sign into My Verizon to View Online Bill and click on Calls. Messages & Data.

### Monthly Charges

| | | |
|---|---|---|
| ████████████ | 01/24 – 02/23 | ██ |
| ████████████ | 01/24 – 02/23 | ██ |
| ████████ | 01/24 – 02/23 | ██ |

### Usage and Purchase Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| ████████ | *minutes* | unlimited | | -- | -- |
| ████████████ | *minutes* | unlimited | ██ | -- | -- |
| ████████████ | *minutes* | unlimited | ██ | -- | -- |
| | | | | | $.00 |

| Messaging | | | | | |
|---|---|---|---|---|---|
| ████████████ | *messages* | unlimited | ██ | -- | -- |
| ████████ | | | | | $.00 |

| Data | | | | | |
|---|---|---|---|---|---|
| ████████ | *gigabytes* | ████ (shared) | ██ | -- | -- |
| Total Data | | | | | $.00 |
| **Total Usage and Purchase Charges** | | | | | **$.00** |

Order # 3723 Copy # .02   Control #:10004780-00014737

# EXHIBIT "B"



# National Do Not Call Registry - Your Registration Is Confirmed

**Verify@donotcall.gov** <Verify@donotcall.gov>                                    Wed, Jun 18, 2014 at 9:56 PM
To: lrimbey19@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 1456 on April 13, 2013. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov  to register another number or file a complaint against someone violating the Registry.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

# EXHIBIT "C"

| Company | Calls From | Date | Time (MST) | Representative | TCPA Viol(s) | FDCPA Viol(s) | VM/IMG | ATDS |
|---|---|---|---|---|---|---|---|---|
| Dynamic Recovery Solutions | 877-590-9066 | 11/14/2013 | 12:00 PM | Automated | A, B | 1,2,3,4,5,6,7 | Yes/No | Y |
| Dynamic Recovery Solutions | 877-590-9066 | 11/27/2013 | 1:00 PM | Automated | A, B | 1,2,3,4,5,6,7 | Yes/No | Y |
| Dynamic Recovery Solutions | 877-590-9066 | 12/16/2013 | 1:10 PM | Automated | A, B | 1,2,3,4,5,6,7 | Yes/Yes | Y |
| Dynamic Recovery Solutions | 877-590-9066 | 12/18/2013 | 1:17 PM | Automated | A, B | 1,2,3,4,5,6,7 | Yes/No | Y |
| Dynamic Recovery Solutions | 888-356-8021 | 1/13/2014 | 1:43 PM | Automated | A, B | 1,2,3,4,5,6,7 | Yes/Yes | Y |

TCPA Violations
A: 47 U.S.C. § 227 (b)(1)(A)
B: 47 U.S.C. § 227 (b)(1)(A)(iii)

FDCPA Violations
1: 15 USC § 1692b(1)
2: 15 USC § 1692d
3: 15 USC § 1692d(5)
4: 15 USC § 1692d(6)
5: 15 USC § 1692e
6: 15 USC § 1692f
7: 15 USC § 1692g





16-December-2013

13-January-2014

# EXHIBIT "D"

