# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa L. Rimbey, ) | **CLERK'S ENTRY OF DEFAULT** |
| ) | |
| Plaintiff, ) | CV-14-01464-PHX-BSB |
| ) | |
| v. ) | |
| ) | |
| Dynamic Recovery Solutions LLC, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Dynamic Recovery Solutions LLC.

DEFAULT ENTERED this 5th day of August, 2014.

August 5, 2014

BRIAN D. KARTH
District Court Executive/Clerk

s/   A. Smith
By: A. Smith, Deputy Clerk