Lisa L. Rimbey
c/o 6943 West Planada Lane
Glendale, Arizona
[Zone Improvement Program 85310]
lrimbey19@gmail.com
In Pro Se

FILED ☑   LODGED ___
RECEIVED ___   COPY ___
AUG 0 4 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY                    DEPUTY

FILE ON DEMAND
FOR THE RECORD

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa L. Rimbey, individual, | Case No. CV-14-1464-PHX-BSB |
| **Plaintiff,** | |
| vs. | **MOTION FOR DEFAULT JUDGMENT** |
| **Dynamic Recovery Solutions, LLC**, a corporation, | |
| **Defendant(s).** | |

### MOTION FOR DEFAULT JUDGMENT

Plaintiff, Lisa L. Rimbey, moves this court for a judgment by default in this action, pursuant to Federal Rule of Civil Procedure, Rule 55. Defendant's time for answering Plaintiff's Verified Complaint for Relief having expired on or about 22-July, 2014, and in support of this motion, Plaintiff relies upon the record in this case, attached evidence of expenses (Exhibit "E") and the affidavit submitted herein with the clerk.

///

Plaintiff further moves this court to award plaintiff the minimum statutory damages allowed as sought in Counts I and II of Plaintiff's verified complaint for relief, for each violation, totaling $5000. Additionally, Plaintiff motions this court to award Plaintiff the maximum statutory treble damages allowed pursuant to 47 USC § 227 (b)(3) and 47 USC § 227 (c)(5), totaling $15,000 for Defendant's tacit agreement by acquiescing to willfully or knowingly violating the Telephone Consumer Protection Act outlined in Plaintiff's Verified Complaint For Relief filed with the clerk 27-June-2014.

Defendant also has failed to defend Counts III, IV, V and VI of Plaintiff's Verified Complaint regarding violations of the Fair Debt Collection Practices Act. Plaintiff motions this court to award the maximum statutory award of $1000, for a total on all counts of Plaintiff's Verified Complaint for Relief for said violations of $16,000.

Plaintiff further incurred and moves for reimbursement of court filing fees of $400, process service fees of $50, postage expenses of $12.09 and miscellaneous expenses totaling $10.60.

**Plaintiff hereby respectfully demands default judgment in the total amount of $16,472.69.**

Dated this ____4th____ day of August, 2014.

Lisa L. Rimbey, Plaintiff
In pro se

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
Rimbey v. Dynamic Recovery Solutions, et al