EXHIBIT "E"

```
            The UPS Store - #6120
          530 E. McDowell Rd, #107
               Phoenix, AZ 85004
                (602) 258-1995

              06/27/14   02:50 PM

        We are the one stop for all your
        shipping, postal and business needs.

        We offer all the services you need
           to keep your business going.
```

001 000003 (011)            TO  $   2.00
    Notary
002 036001 (003)            T1  $   0.60
    8.5 X 11 Copies     QTY 6
    Reg Unit Price      $   0.10

              SubTotal  $   2.60
              Tax (T1)  $   0.04
              Total     $   2.64

              Cash      $   5.00
              Change    $   2.36-

Receipt ID 82132803463020888898  007 Items
CSH: Ricky           Tran: 1424 Reg: 002

```
        Thank you for visiting our store.
         Please come back again soon.

       Whatever your business and personal
         needs, we are here to serve you.

              We're here to help.
       Join our FREE email program to receive
          great offers and resources.

            www.theupsstore.com/signup
```

---

```
                    OSBORN STATION
                   PHOENIX, Arizona
                      850139998
                   0363680083-0096
          06/27/2014 (800)275-8777 04:19:50 PM

                    Sales Receipt
        Product          Sale Unit        Final
        Description      Qty  Price       Price
```

@@ ~~ GREENVILLE SC                    $5.60
29607-5933 Zone-7
Priority Mail 2-Day
Flat Rate Env
 5.40 oz.
Expected Delivery: Mon 06/30/14
USPS Tracking #:
9114901230801976230729
Includes $50 insurance

Issue PVI:                              $5.60

Total:                                  $5.60

Paid by:
MasterCard                              $5.60
  Account #:        XXXXXXXXXXXX1646
  Approval #:       084667
  Transaction #:    609
  23903380442

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

```
CITY HALL GARAGE
PHOENIX AZ
Ace Parking Management
602 495 6777
Rcpt# 95667
06/27/14 15:53   L# 2 A# 2   Txn#338329
06/27/14 15:22 In   06/27/14 15:53 Out
Tkt# 969145
FULL RATE        $    4.00
Total Fee        $    4.00
CREDIT CARD      $    4.00-
06062Z
06062Z
Change Due       $    0.00
THANK YOU!!!
PLEASE DRIVE WITH CARE!
```

```
              5608085
           305 PARKING GARAGE
          305 W. WASHINGTON ST
           PHOENIX, AZ 85003
              602-256-4361

Term ID: 004              Ref #: 043
Clerk ID: 1

                Sale

XXXXXXXXXXXX1646
MASTERCARD         Entry Method: Swiped

06/27/14                       15:52:08
Inv #: 000043       Appr Code: 06062Z
Apprvd: Online      Batch#: 178001

Total:              $          4.00

              Customer Copy
```

```
Court Name: United States District Court
Division: 2
Receipt Number: PHX147631
Cashier ID: lbrewste
Transaction Date: 06/27/2014
Payer Name: JAMES W BONHAM

CIVIL FILING FEES
 For: JAMES W BONHAM
 Case/Party: D-AZX-2-14-CV-001464-001
 Amount:          $400.00

CREDIT CARD
 Amt Tendered:    $400.00

Total Due:        $400.00
Total Tendered:   $400.00
Change Amt:       $0.00

A fee of $53 will be assessed on
all returned remittances.
```

```
              ARROWHEAD STA
             GLENDALE, Arizona
                853089998
              0363680321 -0095
05/23/2014    (000)000-0000    03:01:51 PM

─────────── Sales Receipt ───────────
Product           Sale  Unit      Final
Description       Qty   Price     Price

P.O. Box Overflow                 $0.00
P.O. Box Overflow                 $0.00
GREENVILLE SC 29615-5720 Zone-7   $0.49
First-Class Mail Letter
 0.50 oz.
 Expected Delivery: Tue 05/27/14
Return Rcpt (Green Card)          $2.70
@@ Certified                      $3.30
 USPS Certified Mail #:
 70081830000166184447
                               ========
Issue PVI:                        $6.49

Total:                            $6.49

Paid by:
 MasterCard                       $6.49
  Account #:       XXXXXXXXXXXX1646
  Approval #:      04486Z
  Transaction #:   843
  23 903380186

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*******************************************
*******************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*******************************************
*******************************************

Bill#: 1000503334004
Clerk: 13

   All sales final on stamps and postage
   Refunds for guaranteed services only
       Thank you for your business
*******************************************
*******************************************
         HELP US SERVE YOU BETTER

  Go to: https://postalexperience.com/Pos

       TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

         YOUR OPINION COUNTS
*******************************************
*******************************************

                            Customer Copy
```

# Upstate Carolina Legal Service
## INVOICE

1754 Woodruff Rd .BOX 314                                    Greenville, SC 29607

Telephone #          864-230-2353----------864-313-7758

LISA L. RIMBEY

6943 WEST PLANADA LN.

GLENDALE , ARIZONA 85310

SERVICE FOR: DYNAMIC RECOVERY SOLUTIONS , LLC  A CORP.

135 INTERSTATE BLVD. SUITE 6

GREENVILLE , SC 29615

INVOICE TOTAL --$50

THANK YOU FOR YOUR BUSINESS!