IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Rimbey,<br><br>                Plaintiff,<br><br>v.<br><br>Dynamic Recovery Solutions, LLC.,<br><br>                Defendant. | No. CV-2014-01464-PHX-BSB<br><br>**ORDER** |

      Plaintiff Lisa Rimbey filed a complaint against Defendant Dynamic Recovery Solutions on June 27, 2014, asserting violations of the Telephone Consumer Protection Act, 47 U.S.C. § 27 and the Fair Debt Collections Practices Act (FDCPA), 15 U.S.C. § 1692. (Doc. 1.) Plaintiff now moves for default judgment. (Doc. 9.) For the reasons below, the Court denies the motion without prejudice.

      Because Defendant's default has been entered under Federal Rule of Civil Procedure 55(a) (Doc 8), the Court has discretion to grant default judgment against Defendant pursuant to Rule 55(b). *See Aldabe v. Aldabe*, 616 F.2d 1089, 1092 (9th Cir. 1980); *Draper v. Coombs*, 792 F.2d 915, 924 (9th Cir. 1986). Factors the Court considers in deciding whether to grant default judgment include (1) the possibility of prejudice to Plaintiff, (2) the merits of the claims, (3) the sufficiency of the complaint, (4) the amount of money at stake, (5) the possibility of a dispute concerning material facts, (6) whether default was due to excusable neglect, and (7) the policy favoring a decision on the merits. *See Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

1    Because Plaintiff's motion does not address the *Eitel* factors, the Court denies the
2 motion for default judgment without prejudice. Plaintiff shall have until August 30, 2014
3 to file another motion for default judgment. That motion must fully address each *Eitel*
4 factor and must include an explanation and sufficient evidence to support any calculation
5 of damages, including any request for attorney's fees and costs. *See Geddes v. United*
6 *Fin. Group*, 559 F.2d 557, 560 (9th Cir. 1977) (factual allegations of the complaint
7 relating to damages are not taken as true on a motion for default judgment).
8    Accordingly,
9    **IT IS ORDERED** that Plaintiff's Motion for Default Judgment (Doc. 9) is
10 **DENIED** without prejudice.
11    **IT IS FURTHER ORDERED** that Plaintiff shall have until **August 30, 2014** to
12 file a new motion for default judgment in accordance with this Order.
13    Dated this 7th day of August, 2014.

_____
Bridget S. Bade
United States Magistrate Judge