Lisa L. Rimbey
c/o 6943 West Planada Lane
Glendale, Arizona
[Zone Improvement Program 85310]
lrimbey19@gmail.com
In Pro Se

FILE ON DEMAND
FOR THE RECORD

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa L. Rimbey, individual, | Case No. CV-14-1464-PHX-BSB |
| Plaintiff, | |
| vs. | NOTICE OF DISMISSAL |
| Dynamic Recovery Solutions, LLC, a corporation, | PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |
| Defendant(s). | |

NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Lisa L. Rimbey, hereby gives notice that the above captioned action is dismissed with prejudice against the Defendant(s).

Date:  October 30, 2014

By: _____
    Lisa L. Rimbey